FREDERICK K. SCOFIELD AND OTHERS, THE BOARD OF EDUCATION OF SCHOOL DISTRICT NO. 3, OF THE TOWN OF FISHKILL, APPELLANTS, *v.* JOHN McGREGOR, RESPONDENT.

APPEAL from a judgment in favor of defendants, entered at the Dutchess county Circuit. The action was upon a contract made by the defendant to do certain work in constructing a school-house, which work, it was alleged, he had failed to perform. A dispute arose between the parties while the work was going on, for the purpose of settling which, the matter was referred to one Shurter, by an agreement in writing. The defendant claimed that he was discharged from the further performance of his contract at the time of the execution of the submission. The question was submitted to the jury, " Did the trustees, at the time of the execution of the submission to Shurter, agree to release McGregor from the further

execution of the contract ?" This question the jury answered in the affirmative, which finding the court considered was made upon satisfactory evidence, and in accordance with the true intent and understanding of the parties, and affirmed the judgment.

*Anthony & Losey,* for the appellants.

*H. H. Hustis,* for the respondent.

Opinion by TALCOTT, J.

Present — TALCOTT and TAPPEN, JJ.

Judgment affirmed.